UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONTRERAS,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA.,<br>Defendant. | Case No. 1:26-cv-05459-JLT-FJS<br><br>ORDER VACATING FINDING AND RECOMMENDATION THAT THE MOTION TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(ECF No. 3)<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2)<br><br>TWENTY-ONE DAY DEADLINE |

On July 14, 2026, Plaintiff Martin Contreras ("Plaintiff"), proceeding *pro* se, filed this action asserting claims against the United States of America. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

On July 17, 2026, the undersigned issued findings and recommendations that Plaintiff's request to proceed *in forma pauperis* be denied. (ECF No. 3.) These findings and recommendations were served on Plaintiff with instructions that any objections were to be filed within fourteen (14) days of service. (*Id.*)

On July 21, 2026, Plaintiff filed his objections to the findings and recommendations. (ECF No. 4.)

Because Plaintiff is proceeding in this action *pro se,* the court, out of an abundance of caution, finds it necessary to VACATE the previous findings and recommendations (ECF No. 3) and GRANT Plaintiff leave to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) issued on June 18, 2026, are VACATED; and
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff; and
3. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
4. If Plaintiff fails to comply with this order, then this action will be dismissed.

Plaintiff is instructed not to leave fields empty on the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), but rather to write “zero” or “N/A” as appropriate in any fields that he intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE