UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONTRERAS,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:26-cv-05459-JLT-FJS<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>FOURTEEN-DAY (14) DEADLINE<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO SERVE A COPY OF THIS ORDER ON PLAINTIFF AND LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS |

On July 14, 2026, Plaintiff Martin Contreras ("Plaintiff"), proceeding *pro se*, filed suit against the United States of America. (ECF No. 1.) That same day Plaintiff also filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

On July 17, 2026, the court issued findings and recommendations that Plaintiff's application to proceed in forma pauperis be denied. (*See* ECF No. 3.) On October 16, 2026, the court considered Plaintiff's objections to its findings and recommendation (ECF No. 4) and subsequently vacated the July 17, 2026, findings and recommendations. (*See* ECF No. 5.) As part of its order vacating, the court ordered Plaintiff to fill out and return a "long form" application or pay the filing fee within twenty-one days. (*Id.*) The court also warned Plaintiff that failure to comply with the October 16, 2026, order may result in dismissal of the action. (*Id.*) The deadline has passed and Plaintiff has failed to file an application or other filing on the docket.

Accordingly, Plaintiff shall be ordered to show cause in writing why the court should not

issue findings and recommendations that this matter be dismissed to the assigned district judge. Given that Plaintiff is proceeding without counsel, the court will also allow Plaintiff a final opportunity to fill out and return a "long form" application within fourteen days of receiving this order, which the court will duly consider.

It is HEREBY ORDERED that:

(1) Within fourteen (14) days from the date of service of this order Plaintiff shall show cause in writing why the court should not issue findings and recommendations that this matter be dismissed to the assigned district judge;

(2) The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

(3) Within fourteen (14) days from the date of service of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

(4) Failure to comply with this order will result in the issuance of a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated: **November 20, 2026**

UNITED STATES MAGISTRATE JUDGE